IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 4:17cr15-MW/MAF
              4:22cv191-MW/MAF

FRANTISEK PRIBYL,

   *Defendant.*
_____/

## ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATION, CONSIDERING UNTIMELY OBJECTIONS DE NOVO, AND REISSUING ORDER ADOPTING REPORT AND RECOMMENDATION

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side. ECF No. 372. Now Defendant has filed untimely objections. ECF No. 374. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 372, and the judgment, ECF No. 373.

Having considered Defendant's untimely objections, ECF No. 374, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 371. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 365, is

**DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 26, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
